UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>HOWARD CHEUNG,<br><br>Defendant. | 26 Civ. 7385 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 1, 2026, this Court received plaintiffs' motion to consolidate three cases: (1) *Gemini Trust Company, LLC, et al. v. Hall*, No. 1:26-cv-08683; (2) *Gemini Trust Company, LLC, et al v. Cheung*, No. 1:26-cv-07385; and (3) *Herman and Evdokimova v. Gemini Trust Company, LLC, et al.*, No. 1:26-cv-06225. Dkt. 16. The Court directs defendant to respond by October 15, 2026, and plaintiffs to file a reply, if any, by October 22, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York